**COHELAN KHOURY & SINGER**
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
J. Jason Hill (SBN 179630)
jhill@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001/Facsimile: (619) 595-3000

**LEBE LAW APC**
Jonathan Lebe (SBN 284605)
jon@lebelaw.com
777 S. Alameda Street, Second Floor
Los Angeles, California 90021
Telephone: (213) 358-7046/Facsimile: (310) 820-1258

Attorneys for Plaintiffs Marc Rivera, on behalf of himself and other similarly situated

*[Additional counsel listed on following page]*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC RIVERA, individually and on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>WESTERN EXPRESS, INC., doing business as WESTERN EXPRESS TRANSPORT OF CALIFORNIA, INC., a Tennessee Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 5:18-cv-01633-JGB-SHK**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND <u>UNOPPOSED</u> MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:      March 30, 2020<br>Time:     9:00 a.m.<br>Ctrm:     1, 2nd Floor<br>Judge:    Hon. Jesus G. Bernal |

**DAVID YEREMIAN & ASSOCIATES, INC.**
David Yeremian (SBN 226337)
david@yeremianlaw.com
Alvin B. Lindsay (SBN 220236)
alvin@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, CA 91203
Telephone: (818) 230-8380/Facsimile: (818) 230-0308

**SOMMERS SCHWARTZ, P.C.**
Kevin J. Stoops (*pro hac vice pending*)
kstoops@sommerspc.com
Charles R. Ash, IV (*pro hac vice pending*)
crash@sommersp.com
One Towne Square, 17th Floor
Southfield, MI 48076
Telephone: (248) 355-0300/Facsimile: (248) 436-8453

Attorneys for Plaintiffs Jacquelyn Hutto, on behalf of herself and other similarly situated

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on March 30, 2020 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1 of the United States District Court for the Central District of California, Eastern Division, 3470 Twelfth Street, Riverside, California 92501, before the Honorable Jesus G. Bernal, presiding, Plaintiffs Marc Rivera and Jacquelyn Hutto ("Plaintiffs"), on behalf of themselves and all others similarly situated will, and hereby do, move this Court for an Order which has the effect of doing the following:

1) Granting preliminary approval of the proposed Settlement set forth more particularly in the Joint Stipulation of Class Action Settlement ("Settlement Agreement") attached as Exhibit "1" to the Declaration of J. Jason Hill, filed concurrently with this motion;

2) Certifying the proposed Class pursuant to Rule 23 of Federal Rules of Civil Procedure for settlement purposes only;

3) Deeming the Second Amended Class Action Complaint, attached as Exhibit A to the Settlement Agreement, filed for purposes of Settlement only;

4) Approving the Notice of Class Action Settlement and Change of Address Form attached as Exhibits B and C to the Settlement Agreement;

5) Appointing Cohelan Khoury & Singer, Lebe Law APC, David Yeremian & Associates, Inc. and Sommers Schwartz, P.C. as Class Counsel;

6) Appointing the Named Plaintiffs Marc Rivera and Jacquelyn Hutto the Class Representatives;

7) Appointing CPT Group, Inc. as the Settlement Administrator;

8) Setting a Final Fairness Hearing to consider Final Approval of the proposed settlement, which includes Plaintiffs' request for an award of attorneys' fees and litigation costs, Class Representative enhancement payments, and Settlement Administrator's expenses.

///

This motion is made on the grounds that Marc Rivera and Jacquelyn Hutto (referred to together as "Plaintiffs"), on the one hand, and Western Express, Inc., a Tennessee Corporation, doing business as Western Express Transport of California, Inc., ("Defendant"), on the other hand, (collectively, the "Parties"), have reached a proposed Settlement which they believe to be fair, reasonable and adequate and in the best interests of the Class and the Parties.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities, Declarations of J. Jason Hill, David Yeremian, and Alvin B. Lindsay, the Settlement Agreement and its exhibits, the Proposed Order Granting Preliminary Approval of Class Action Settlement, all prior pleading and proceedings in this matter, and all other evidence and written and oral argument that will be submitted in support of the Motion.

**COHELAN KHOURY & SINGER**
**LEBE LAW APC**
**DAVID YEREMIAN & ASSOCIATES, INC.**
**SOMMERS SCHWARTZ, P.C.**

Dated: February 26, 2020     By: s/J. Jason Hill
                                J. Jason Hill
                             Attorneys for Plaintiffs MARC RIVERA and JACQUELYN HUTTO, individually and on behalf of others similarly situated