1  Michael D. Singer (SBN 115301)
   msinger@ckslaw.com
2  J. Jason Hill (SBN 179630)
3  jhill@ckslaw.com
   **COHELAN KHOURY & SINGER**
4  605 C Street, Suite 200
5  San Diego, California 92101
   Tele.: (619) 595-3001/Fax: (619) 595-3000
6

7  Jonathan Lebe (SBN 284605)
   jon@lebelaw.com
8  **LEBE LAW APC**
9  777 S. Alameda Street, Second Floor
   Los Angeles, California 90021
10 Tele.: (213) 358-7046/Fax: (310) 820-1258

11

12 Attorneys for Plaintiff MARC RIVERA
   individually and on behalf of others similarly situated
13

14 *[Additional Counsel Listed on Next Page]*

15                **UNITED STATES DISTRICT COURT**

16              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17  MARC RIVERA, individually and on behalf of himself and others similarly situated, | ) CASE NO. 5:18-cv-01633-JGB-SHK )  ) **CLASS ACTION** ) |
| 18 | |
| 19 | |
| 20           Plaintiff, | ) **JOINT STATEMENT REGARDING** ) **STATUS OF SETTLEMENT AND** |
| 21      vs. | ) **RENEWED MOTION FOR** ) **PRELIMINARY APPROVAL OF** |
| 22  WESTERN EXPRESS, INC. doing business as WESTERN EXPRESS TRANSPORT OF CALIFORNIA, INC., a Tennessee Corporation; and DOES 1 through 100, inclusive, | ) **CLASS ACTION SETTLEMENT** ) |
| 23 | ) |
| 24 | ) |
| 25 | ) |
| 26           Defendants. | ) |
| 27 | ) Complaint filed:   May 15, 2018 ) Trial date:         None set |
| 28 | |

Richard D. Marca (SBN 127365)
Richard.Marca@varnerbrandt.com
Jeff T. Olsen (SBN 283249)
Jeff.Olsen@varnerbrandt.com
**VARNER & BRANDT LLP**
3750 University Avenue, Suite 610
Riverside, California 92501
Tele.: (951) 274-7777/Fax: (951) 274-7770

Attorneys for Defendant WESTERN EXPRESS, INC.
dba WESTERN EXPRESS TRANSPORT OF CALIFORNIA, INC.

Plaintiff Marc Rivera ("Plaintiff") and Defendant Western Express, Inc. ("Defendant") (collectively, the "Parties"), through counsel of record, submit this joint statement to advise the Court of the status of the settlement and Plaintiff's Renewed Motion for Preliminary Approval of Class Action Settlement, as follows:

By brief background, the Court recently issued its Order Denying Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 44.) ("the Order"), and therein requested that Plaintiff address and further develop certain issues for any amended Motion for Preliminary Approval filing.

After further review of the Order, the Parties have discussed and addressed the changes requested by the Court. Given some delays related to a variety of causes, including but not limited to COVID-19, destruction of Defendant's headquarters due to a tornado in March 2020, and personal health reasons of Plaintiff's counsel, the Parties will also seek to expand the Class Period to end on or about: "October 31, 2020, or the date of preliminary approval in this action, whichever is earlier."

The Parties will correspondingly increase the prior total settlement amount to ensure a *pro-rata* increase occurs based on the total number of workweeks at issue within the Class Period, as the Parties originally intended at their arms-length mediation before Hon. King (Ret.)

The Parties are working to obtain additional data so that a Renewed Preliminary Approval Motion may be filed on or before September 30, 2020, and to further address the above-referenced issues as requested by the Order, including Plaintiff's further analysis of the damage assessment and reasonableness of the settlement consideration. *Kullar v. Foot Locker Retail, Inc.*, (2008) 168 Cal. App. 4th 116.

*[Signatures on Next Page]*

///

///

///

- 1 -

Joint Statement Regarding Status of Settlement and Renewed Motion for Preliminary Approval
Case No. 5:18-CV-01633-JGB-SHK

|     |                          |                                                                                                                              |
| --- | ------------------------ | ---------------------------------------------------------------------------------------------------------------------------- |
| 1   |                          | Respectfully submitted,                                                                                                      |
| 2   | Dated: August 26, 2020   | **COHELAN KHOURY & SINGER**                                                                                                  |
| 3   |                          | By: *s/J. Jason Hill*                                                                                                        |
| 4   |                          | Michael D. Singer<br>J. Jason Hill                                                                                           |
| 5   |                          | Attorneys for Plaintiff MARC RIVERA, individually and on behalf of others similarly situated                                 |
| 6   |                          |                                                                                                                              |
| 7   | Dated: August 26, 2020   | **VARNER & BRANDT LLP**                                                                                                      |
| 8   |                          | By: */s/ Jeff T. Olsen*                                                                                                      |
| 9   |                          | Richard D. Marca<br>Jeff T. Olsen                                                                                            |
| 10  |                          | Attorneys for Defendant WESTERN EXPRESS, INC. dba WESTERN EXPRESS TRANSPORT OF CALIFORNIA, INC.                              |
| 11  |                          |                                                                                                                              |

### Attestation re Electronic Signatures

I, J. Jason Hill, attest pursuant to Central District Local Rule 5-4.3.4(a)(2)(i) that all signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 26, 2020            By: s/ J. Jason Hill
                                                    J. Jason Hill

# PROOF OF SERVICE

*Rivera v. Western Express, Inc.*

**U.S.D.C. Case No. 5:18-cv-01633-JGB-SHK**

I, Matthew Atlas, declare as follows:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 605 "C" Street, Suite 200, San Diego, California 92101. On August 26, 2020, I instituted service of the foregoing document(s) described as:

**JOINT STATEMENT REGARDING STATUS OF SETTLEMENT AND RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

on the following parties:

| **Counsel for Defendant** | **Plaintiff's Counsel For Plaintiff Jacqulyn Hutto** |
|---|---|
| Richard D. Marca, Esq.<br>Jeff T. Olsen, Esq.<br>VARNER & BRANDT LLP<br>3750 University Avenue, Suite 610<br>Riverside, CA 92501<br>Telephone: (951) 274-7777<br>richard.marca@varnerbrandt.com<br>jeff.olsen@varnerbrandt.com | David Yeremian, Esq.<br>Alvin B. Lindsay, Esq.<br>DAVID YEREMIAN AND ASSOCIATES INC.<br>535 North Brand Boulevard, Suite 705<br>Glendale, CA 91203<br>Telephone: (818) 230-8380<br>Facsimile: (818) 230-0308<br>david@yeremianlaw.com<br>alvin@yeremianlaw.com |
| **Plaintiff's Counsel For Plaintiff Jacqulyn Hutto**<br>Kevin J. Stoops, Esq.<br>Charles R. Ash, IV *(Pro Hac Vice)*<br>SOMMERS SCHWARTZ PC<br>One Towne Square, Suite 1700<br>Southfield, MI 48076<br>Telephone: (248) 355-0300<br>Facsimile: (248) 436-8453<br>kstoops@sommerspc.com<br>crash@sommersp.com | **Co-counsel for Plaintiff Mac Rivera**<br>Jonathan M. Lebe, Esq.<br>LEBE LAW, APLC<br>777 S. Alameda Street, Second Floor<br>Los Angeles, CA 90021<br>Telephone: (213) 358-7046<br>jon@lebelaw.com |

1 | in the following manner (as indicated below):

2 |     Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.cacd.uscourts.gov.

    Service will be deemed effective as provided for by Local Rule 5-4.1 of the District Court of California, Central District.

    I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

    Executed August 26, 2020, at San Diego, California.

*[signature]*

Matthew Atlas

- 2 -
Proof of Service