1  **COHELAN KHOURY & SINGER**
2  Michael D. Singer (SBN 115301)
     msinger@ckslaw.com
3  Diana M. Khoury (SBN 128643)
     dkhoury@ckslaw.com
4  J. Jason Hill (SBN 179630)
5    jhill@ckslaw.com
6  605 C Street, Suite 200
   San Diego, California 92101
7  Tele.: (619) 595-3001/Fax: (619) 595-3000

8  **LEBE LAW APC**
   Jonathan Lebe (SBN 284605)
9    jon@lebelaw.com
10 777 S. Alameda Street, Second Floor
   Los Angeles, California 90021
11 Tele.: (213) 358-7046

12

13 Attorneys for Plaintiffs Marc Rivera and Jacquelyn Hutto,
14 and the Conditionally Certified Class
   *[Additional counsel listed on following page]*

15

16               **UNITED STATES DISTRICT COURT**

17         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18 ARC RIVERA and JACQUELYN HUTTO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>WESTERN EXPRESS, INC., doing business as WESTERN EXPRESS TRANSPORT OF CALIFORNIA, INC., a Tennessee Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | ) **CASE NO. 5:18-cv-01633-JGB-SHK**<br>) **CLASS ACTION**<br>) **NOTICE OF MOTION AND**<br>) **PLAINTIFFS' MOTION FOR**<br>) **ORDER GRANTING FINAL**<br>) **APPROVAL OF CLASS ACTION**<br>) **SETTLEMENT AND ENTERING**<br>) **JUDGMENT**<br>) Date:    April 25, 2022<br>) Time:    9:00 a.m.<br>) Ctrm:    1 (2nd Floor)<br>) Judge:    Hon. Jesus G. Bernal<br>) Filed:    May 15, 2018<br>) Trial date:  None set |

**DAVID YEREMIAN & ASSOCIATES, INC.**
David Yeremian (SBN 226337)
  david@yeremianlaw.com
Alvin B. Lindsay (SBN 220236)
  alvin@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380/Facsimile: (818) 230-0308

**SOMMERS SCHWARTZ, P.C.**
Kevin J. Stoops (*pro hac vice pending*)
  kstoops@sommerspc.com
Charles R. Ash, IV (*pro hac vice pending*)
  crash@sommersp.com
One Towne Square, 17th Floor
Southfield, Michigan 48076
Telephone: (248) 355-0300/Facsimile: (248) 436-8453

Attorneys for Plaintiffs Marc Rivera and Jacquelyn Hutto, and the Conditionally Certified Class

**COHELAN KHOURY & SINGER**
605 C Street, Suite 200
San Diego, CA 92101

PLEASE TAKE NOTICE that on April 25, 2022 at 9:00 a.m., in Courtroom 1 of the above-captioned Court located at 3470 Twelfth Street, Riverside, California 92501, the Honorable Jesus G. Bernal presiding, Plaintiffs Marc Rivera and Jacquelyn Hutto, individually, and on behalf of the Conditionally Certified Class, will move this Court for an Order Granting Final Approval of Class Action Settlement and Entering Judgment.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support, Declaration of Class Counsel Diana M. Khoury, Supplemental Declaration of Erin La Russa on behalf of CPT Group, Inc., the appointed Administrator, the Motion for Order Granting Award of Attorneys' Fees and Costs, and Class Representative Service Payments and supporting declarations (Dkt. Nos. 55 through 55-8), the Third Amended Joint Stipulation of Class Action Settlement (Dkt. No. 49-3), the Motion for Order Granting Preliminary Approval of Class Action Settlement and supporting declarations, (Dkt. Nos. 49 through 49-18), the Order Granting Preliminary Approval of Class Action Settlement (Dkt. 52), the Order Granting Joint Stipulation to Continue Class Notice Mailing (Dkt. 54), and all other records and files in this case, and such other matters as may be properly presented at or before the hearing.

Respectfully submitted,

COHELAN KHOURY & SINGER
LEBE LAW APC
DAVID YEREMIAN & ASSOCIATES, INC.
SOMMERS SCHWARTZ, P.C.

Dated: March 28, 2022      By: s/ Diana M. Khoury
                               Diana M. Khoury
                               Attorneys for Plaintiffs and the Conditionally Certified Class